**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Louis Boy Winters,                          Court File No.:  13cv214 (MJD/SER)

           Plaintiff,

v.                                        **ORDER**

U.S. Dept. of Justice;
FBOP-Branch FCI Sandstone, and
Scott Fisher,

           Defendants.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  Plaintiff has filed an objection.  The Court has conducted a *de novo* review, and based on that review, the Court will adopt the Report and Recommendation dated May 30, 2013.

Accordingly, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's application to proceed *in forma pauperis*, (Docket No. 2) is **DENIED AS MOOT**; and

2.  This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 26, 2013

                                                    s/ Michael J. Davis
                                                    Michael J. Davis
                                                    Chief Judge
                                                    United States District Court