# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Louis Boy Winters, | Court File No.: 13cv214 (MJD/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| U.S. Dept. of Justice;<br>FBOP-Branch FCI Sandstone, and<br>Scott Fisher, | |
| Defendants. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. Plaintiff has filed an objection. The Court has conducted a *de novo* review, and based on that review, the Court will adopt the Report and Recommendation dated May 30, 2013.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis*, (Docket No. 2) is **DENIED AS MOOT**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 26, 2013

s/ Michael J. Davis  
Michael J. Davis  
Chief Judge  
United States District Court
